IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.** | ) ) ) |
| **v.** | ) ) ) | 20-cv-1076-D
| **JEFFREY LOWE,** *ET. AL.* | ) |

### DEFENDANT JEFFREY LOWE AND LAUREN LOWE'S RESPONSE TO PETA'S MOTION FOR RECOGNITION OF SUBSTITUTE SERVICE OR APPOINTMENT OF COUNSEL

The Defendants, Jeffrey and Lauren Lowe, submit their Response to PETA's Motion for Recognition of Substitute Service or appointment of counsel for Respondent Eric Yano. The undersigned does not have any objection to being appointed counsel for Mr. Yano for the purposes of the Rule 27 Petition only unless it becomes apparent there will be a conflict of interest going forward. At this point, PETA's Petition does not appear to seek any relief that would involve Mr. Yano.

                                              Respectfully submitted,

                                              s/Daniel J. Card
                                              Daniel J. Card, OBA 30034
                                              512 NW 12th Street
                                              Oklahoma City, OK 73103
                                              Telephone: 580-465-4249
                                              Facsimile:   405-232-6358
                                              dan@cardlawok.com
                                              *Attorney for Defendant Jeffrey and Lauren Lowe*

## **CERTIFICATE OF SERVICE**

On December 22, 2020, the undersigned sent the foregoing to the following via CM/ECF filing system:

Heather L Hintz – hlhintz@phillipsmurrah.com
Mark Hornbeek – mehornbeek@phillipsmurrah.com

s/Daniel J. Card

Daniel J. Card